NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRTGEN AMERICA, INC.,**
*Appellant*

**v.**

**CATERPILLAR INC.,**
*Appellee*

---

2024-1799, 2024-1800

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01394, IPR2022-01395.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    WIRTGEN AMERICA, INC. V. CATERPILLAR INC.

(2)  Each side shall bear their own costs.


                                        FOR THE COURT



October 21, 2024                        Jarrett B. Perlow
      Date                              Clerk of Court


**ISSUED AS A MANDATE:** October 21, 2024